IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| A.F. of L-A.G.C. BUILDING TRADES WELFARE and PENSION PLAN, J.E. STOKLEY, ANDREW JOINER, WENDALL MCABEE, LARRY FINCHER, CHARLES LOFTIN, and CHARLES DAY, as Trustees of the Plans, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )   Civil Action No. 07-0696-CG-B ) |
| WET MECHANICAL CONTRACTORS, INC., a coporation, | ) ) ) ) |
| Defendant. | ) |

## CONSENT JUDGMENT

Pursuant to the parties' Joint Motion for Entry of Consent Judgment (Doc. 7), it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the Plaintiffs, A.F. of L-A.G.C. Building Trades Welfare and Pension Plan, and J. E. Stokley, Andrew Joiner, Wendall McAbee, Larry Fincher, Charles Loftin, and Charles Day, as Trustees of the Plans, and against the Defendant, Wet Mechanical Contractors, Inc., in the amount of $18,801.96. Said sum represents payments to be made to the Welfare Plan in the amount of $12,445.26, and to the Pension Plan in the amount of $6,356.70. Interest shall accrue at the daily rate of 3.22% from the date of entry of this judgment pursuant to Title 28, U.S.C. § 1961.

**DONE and ORDERED** this the 20th day of December, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE